UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOHAMMED SHARIQUE SHAIKH,

        Plaintiff,

-vs-                                                                      Case No. 6:10-cv-1032-Orl-18GJK

FANNIE MAE, DAVID STERN, GREG
DREILINGER, ROBYN KATZ,
CITIMORTGAGE, INC., THE
CONTINENTAL GROUP, INC., FIRST
SERVICE RESIDENTIAL MANAGEMENT,
INC., LAW OFFICES OF DAVID J.
STERN also known as Law Office,

        Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed July 12, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied and Plaintiff's Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 19, 2010 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. No. 1) and Amended Complaint (Doc. No. 13) are **DISMISSED without prejudice**.

4. Defendants' Motion to Dismiss Amended Complaint (Doc. No. 17) is **DENIED as moot**.

5. The Motion by Housing Umbrella Group of Florida Legal Services to file and participate as *Amicus Curiae* (Doc. No. 23) is **DENIED**.

6. Plaintiff's Second Amended Complaint (Doc. No. 24) is **DISMISSED**. See Fed. R. Civ. P. 15(a)(2).

7. Defendants' Motion to Strike Second Amended Complaint (Doc. No. 28) is **DENIED as moot**.

8. To proceed further in this case, Plaintiff must pay the filing fee. Provided Plaintiff pays the required filing fee, he may then file a Third Amended Complaint if he can assert a proper basis for federal jurisdiction. The filing fee must be paid, and the Third Amended Complaint must be filed, no later than October 15, 2010. Failure to pay the filing fee or file a Third Amended Complaint by October 15, 2010, will result in this case being closed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of September, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party