# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MOHAMMED SHARIQUE SHAIKH,**

        **Plaintiff,**

-vs-                                    Case No. 6:10-cv-1032-Orl-28GJK

**FANNIE MAE, DAVID STERN, GREG DREILINGER, ROBYN KATZ, CITIMORTGAGE, INC., FIRST SERVICE RESIDENTIAL MANAGEMENT, INC., LAW OFFICES OF DAVID J. STERN,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY WITH INCORPORATED MEMORANDUM OF LAW (Doc. No. 16)** |
| **FILED:** | August 16, 2010 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. Pursuant to the Related Case Order and Track Two Notice (Doc. No. 3), a party may not seek discovery prior to the parties' meeting to prepare and file a Case Management Report. | |

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2010.

*/s/ Gregory J. Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE