Case 6:10-cv-01032-JA-GJK   Document 32   Filed 10/19/10   Page 1 of 1 PageID 172

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MOHAMMED SHARIQUE SHAIKH,**

      **Plaintiff,**

-vs-                            **Case No.  6:10-cv-1032-Orl-18GJK**

**FANNIE MAE, DAVID STERN, GREG DREILINGER, ROBYN KATZ, CITIMORTGAGE, INC., THE CONTINENTAL GROUP, INC., FIRST SERVICE RESIDENTIAL MANAGEMENT, INC., LAW OFFICES OF DAVID J. STERN a/k/a  Law Office,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on a *sua sponte* review of the file.  On September 23, 2010, this Court ordered Plaintiff to pay the filing fee and file a third amended complaint no later than October 15, 2010 (Doc. 29).  Plaintiff was advised that failure to pay the fee and file the third amended complaint would result in the closure of this case.  (Id.)  Plaintiff has not paid the fee or filed his third amended complaint and the time to do so has passed.  Accordingly, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19th___ day of October, 2010.

Copies furnished to:

Counsel of Record

Unrepresented Party

JOHN ANTOON II
United States District Judge